AO 442 (Rev. 01/09) Arrest Warrant

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 JUN -9 PM 4:40

CLERK

BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
District of Vermont

United States of America
v.

RYAN WYNNE GRACE

*Defendant*

Case No. ~~2:11-mj-70-1~~
5:11-cr-107-cr

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   RYAN WYNNE GRACE ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Traveling interstate with intent to engage in illicit sexual conduct.

Date: 07/18/2011

*Issuing officer's signature*

City and state:   Burlington, VT

John M. Conroy, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/18/11 , and the person was arrested on *(date)* 7/18/11
at *(city and state)* VT .

Date: 6/9/2015

*Arresting officer's signature*

M. Barron / DUSM
*Printed name and title*